IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

SIMPLOT AB RETAIL, INC.,                    §
                                            §
                                            §
          *Plaintiff*,                      §
                                            §
                                            §          NO.  4:25-CV-00269-MJT
v.                                          §
                                            §
JAMES A.  KEYS,  INDIVIDUALLY;  AND         §          JUDGE MICHAEL TRUNCALE
JAK FERTILIZER,                             §
                                            §
                                            §
          *Defendants*.                     §


ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Plaintiff Simplot AB Retail, Inc's ("Simplot") *Motion for Default Judgment* [Dkt. 10].  On October 29, 2025, the Court referred this motion to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition.  [Dkt. 12].  On February 3, 2026, Judge Hawthorn issued a *Report and Recommendation*, which recommended granting the motion.  [Dkt. 13].

The Court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 13] along with the record, pleadings, and all available evidence.  The Court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the *Report and Recommendation* of the United States Magistrate Judge [Dkt. 13] is ADOPTED.  Accordingly, a Default Judgment will be entered separately.

**SIGNED this 20th day of February, 2026.**

_____

Michael J. Truncale
United States District Judge